# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# ATHENS DIVISION

| | | |
|---|---|---|
| MELISSA BROWN and BEN JENKINS, | ) | |
| | ) | |
| *Plaintiffs*, | ) | |
| | ) | |
| vs. | ) | CASE NO. |
| | ) | 3:15-CV-12 (CAR) |
| RIGHTSCORP, INC., a Nevada Corporation, | ) | |
| f/k/a Stevia Agritech Corp.; RIGHTSCORP, | ) | |
| INC., a Delaware Corporation; and DOES 1-10, | ) | |
| inclusive, | ) | |
| | ) | |
| *Defendants.* | ) | |

## DEFENDANT RIGHTSCORP, INC.'S (A NEVADA CORPORATION) CORPORATE DISCLOSURE STATEMENT

COMES NOW Defendant Rightscorp, Inc. (a Nevada Corporation) by and through its counsel, and pursuant to Fed.R.Civ.P. 7.1 and Middle District of Georgia Local Rule 87.1, and files this Corporate Disclosure Statement, showing the Court as follows:

**(a) Rightscorp, Inc. (a Nevada Corporation) is a nongovernmental corporation and is publicly traded (RIHT). It does not have any parent corporation or other publicly traded entity that owns 10% or more of the stock of a this corporation. Rightscorp, Inc. (Nevada) owns 100% of Defendant Rightscorp, Inc. (Delaware). There are no other subsidiaries of this corporation.**

The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties in this proceeding:

**(a) For Defendants:**

> Michael O. Crain, Esq.
> Georgia Bar No. 193079

Crain Law Group, LLC
297 Prince Avenue
Suite 24
Athens, GA 30601
Tel/Fax (706) 548-0970
E-mail: mocrain@crainlawgroup.com

**(b) For Plaintiffs Melissa Brown and Ben Jenkins:**

Sergei Lemberg, Esq.
LEMBERG LAW L.L.C.
1100 Summer Street, Third Floor
Stamford, CT 06905
Tel. (203) 653-3350
Fax (203) 653-3424
E-mail: slemberg@lemberglaw.com

Submitted this 23rd day of July, 2015.

s/ Michael O. Crain
Michael O. Crain, Esq.
Georgia Bar No. 193079
Counsel for Rightscorp, Inc.

Crain Law Group, LLC
297 Prince Avenue
Suite 24
Athens, GA 30601
Tel/Fax (706) 548-0970
E-mail: mocrain@crainlawgroup.com

**CERTIFICATE OF SERVICE**

      I hereby certify that on this day, I served the foregoing **DEFENDANT RIGHTSCORP, INC.'S (A NEVADA CORPORATION) CORPORATE DISCLOSURE STATEMENT** with the Clerk of Court using the CM/ECF system which will automatically send e-mail notification of such filing to the following attorney of record:

              Sergei Lemberg, Esq.
              LEMBERG LAW L.L.C.
              1100 Summer Street, Third Floor
              Stamford, CT  06905
              Tel. (203) 653-3350
              Fax (203) 653-3424
              E-mail:  slemberg@lemberglaw.com

      Submitted this 23rd day of July 2015.

                                                        s/ Michael O. Crain
                                                        Michael O. Crain
                                                        Ga. Bar No. 193079
                                                        Counsel for Defendants

CRAIN LAW GROUP, LLC
297 Prince Avenue, Suite 24
Athens, GA  30601
Tel: (706) 548-0970
Fax: (706) 369-8869
E-mail:  mocrain@crainlawgroup.com