IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | | |
|---|---|---|
| MELISSA BROWN and BEN JENKINS, | ) | |
| | ) | |
| *Plaintiffs*, | ) | |
| | ) | |
| vs. | ) | CASE NO. |
| | ) | 3:15-CV-12 (CAR) |
| RIGHTSCORP, INC., a Nevada Corporation, | ) | |
| f/k/a Stevia Agritech Corp.; RIGHTSCORP, | ) | |
| INC., a Delaware Corporation; and DOES 1-10, | ) | |
| inclusive, | ) | |
| | ) | |
| *Defendants.* | ) | |

**DEFENDANT RIGHTSCORP, INC.'S (A DELAWARE CORPORATION)
CORPORATE DISCLOSURE STATEMENT**

COMES NOW Defendant Rightscorp, Inc. (a Delaware Corporation) by and through its counsel, and pursuant to Fed.R.Civ.P. 7.1 and Middle District of Georgia Local Rule 87.1, and files this Corporate Disclosure Statement, showing the Court as follows:

**(a) Defendant Rightscorp, Inc. (a Delaware Corporation) is a nongovernmental corporation that is not publicly traded and has no subsidiaries. It is wholly owned by Defendant Rightscorp, Inc. (a Nevada Corporation).**

The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties in this proceeding:

**(a) For Defendants:**

> Michael O. Crain, Esq.
> Georgia Bar No. 193079
> Crain Law Group, LLC
> 297 Prince Avenue
> Suite 24
> Athens, GA 30601

Tel/Fax (706) 548-0970
E-mail: mocrain@crainlawgroup.com

**(b) For Plaintiffs Melissa Brown and Ben Jenkins:**

Sergei Lemberg, Esq.
LEMBERG LAW L.L.C.
1100 Summer Street, Third Floor
Stamford, CT 06905
Tel. (203) 653-3350
Fax (203) 653-3424
E-mail: slemberg@lemberglaw.com

Submitted this 23rd day of July, 2015.

s/ Michael O. Crain
Michael O. Crain, Esq.
Georgia Bar No. 193079
Counsel for Rightscorp, Inc.

Crain Law Group, LLC
297 Prince Avenue
Suite 24
Athens, GA 30601
Tel/Fax (706) 548-0970
E-mail: mocrain@crainlawgroup.com

**CERTIFICATE OF SERVICE**

      I hereby certify that on this day, I served the foregoing **DEFENDANT RIGHTSCORP, INC.'S (A DELAWARE CORPORATION) CORPORATE DISCLOSURE STATEMENT** with the Clerk of Court using the CM/ECF system which will automatically send e-mail notification of such filing to the following attorney of record:

      Sergei Lemberg, Esq.
      LEMBERG LAW L.L.C.
      1100 Summer Street, Third Floor
      Stamford, CT 06905
      Tel. (203) 653-3350
      Fax (203) 653-3424
      E-mail: slemberg@lemberglaw.com

      Submitted this 23rd of July, 2015.

      s/ Michael O. Crain
      Michael O. Crain
      Ga. Bar No. 193079
      Counsel for Defendants

CRAIN LAW GROUP, LLC
297 Prince Avenue, Suite 24
Athens, GA 30601
Tel: (706) 548-0970
Fax: (706) 369-8869
E-mail: mocrain@crainlawgroup.com