**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**ATHENS DIVISION**

| | |
|---|---|
| Melissa Brown and Ben Jenkins, : <br><br> Plaintiffs, : <br> v. : <br><br> Rightscorp, Inc., a Nevada Corporation, f/k/a : <br> Stevia Agritech Corp.; Rightscorp, Inc., a : <br> Delaware Corporation; and DOES 1-10, : <br> inclusive, : <br><br> Defendants. : | Civil Action No.:  3:15-cv-00012-CAR |

## JOINT DISCOVERY STATUS REPORT

Pursuant to the Court's September 11, 2015 Order (Doc. No. 16), Plaintiffs, Melissa

Brown and Ben Jenkins, and Defendants, Rightscorp, Inc., a Nevada Corporation, f/k/a Stevia

Agritech Corp.; Rightscorp, Inc., a Delaware Corporation, through undersigned counsel, hereby

submit the following status report:

      a.      Plaintiffs have served Defendant with written discovery requests.  Defendants will

serve written discovery requests within the next (7) days.

      b.      Plaintiffs have subpoenaed their own phone records and are currently awaiting the

responses.

      c.      No depositions have been taken but Plaintiffs anticipate the need to depose

Defendants and any expert(s) identified by Defendants. Defendant anticipates the need to depose

the two Plaintiffs and any expert(s) identified by Plaintiffs.  The parties have not set the dates of

depositions.

      d.      Plaintiffs anticipate the need to obtain an expert witness.

      e.      Defendants may need to obtain an expert witness.

2

Dated: September 21, 2015


By: */s/ Sergei Lemberg*

Sergei Lemberg, Esq.
Lemberg Law, LLC
1100 Summer Street, 3rd Floor
Stamford, CT 06905
Telephone: (203) 653-2250
E-mail: slemberg@lemberglaw.com

*Attorneys for Plaintiffs*

By: */s/Michael O. Crain*

Michael O. Crain, Esq.
Crain Law Group, LLC
297 Prince Avenue, Suite 24
Athens, GA 30601
Telephone:  (706) 548-0970
Email: mocrain@crainlawgroup.com

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

**THIS IS TO CERTIFY** that on September 21, 2015, the foregoing was filed via the CM/ECF system for the Middle District of Georgia, which sent notice of such filing to:

Michael O. Crain
Crain Law Group, LLC
297 Prince Avenue, Suite 24
Athens, GA 30601

　　　　　　　　　　　　　　　　　　*/s/ Sergei Lemberg*
　　　　　　　　　　　　　　　　　　Sergei Lemberg, Esq.

3