**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION**

| | |
|---|---|
| Melissa Brown and Ben Jenkins, | : |
| Plaintiffs, | : |
| v. | : Civil Action No.:  3:15-cv-00012-CAR |
| Rightscorp, Inc., a Nevada Corporation, f/k/a Stevia Agritech Corp.; Rightscorp, Inc., a Delaware Corporation; and DOES 1-10, inclusive, | : |
| Defendants. | : |

**NOTICE OF SETTLEMENT**

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached a settlement.  The Plaintiffs anticipate filing a notice of withdrawal of Complaint and voluntary dismissal of this action with prejudice pursuant to FED. R. CIV. P. 41(a) within 60 days.

Dated: January 4, 2016

Respectfully submitted,

   By:   /s/ Sergei Lemberg, Esq.
Attorney Bar No.: 598666
Attorney for Plaintiff
LEMBERG LAW L.L.C.
1100 Summer Street, Third Floor
Stamford, CT 06905
Telephone: (203) 653-2250 ext. 5500
Facsimile:   (203) 653-3424
Email: slemberg@lemberglaw.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on January 4, 2016, a true and correct copy of the foregoing Notice of Settlement was served electronically by the U.S. District Court Middle District of Georgia Electronic Document Filing System (ECF) and that the document is available on the ECF system.

                                   By /s/ Sergei Lemberg

                                        Sergei Lemberg