IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

MELISSA BROWN and BEN JENKINS,

        Plaintiff,

vs.                              Case No. 3:15-CV-12(CAR)

RIGHTSCORP, INC., a Nevada Corporation,
f/k/a STEVIA AGRITECH CORP.;
RIGHTSCORP, INC., a Delaware Corporation;
and DOES 1-10, inclusive

        Defendants.

### SETTLEMENT ORDER

The Court has been advised by counsel for the parties that the above action has been settled.

**IT IS, THEREFORE, ORDERED** that the action be dismissed without costs other than those due this Court and without prejudice to the right, upon good cause shown within ninety (90) days, to reopen the action if settlement is not consummated. If the action is not reopened, it shall stand dismissed, with prejudice.

**SO ORDERED,** this the 8th day of January, 2016.

                                            S/   C. Ashley Royal
                                            **C. ASHLEY ROYAL, Judge**
                                            **United States District Court**