IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | |
|---|---|
| Melissa Brown and Ben Jenkins, | : |
| Plaintiffs, | : |
| v. | : Civil Action No.: 3:15-cv-00012-CAR |
| Rightscorp, Inc., a Nevada Corporation, f/k/a Stevia Agritech Corp.; Rightscorp, Inc., a Delaware Corporation; and DOES 1-10, inclusive, | : |
| Defendants. | : |

## STIPULATED DISMISSAL WITH PREJUDICE

Plaintiffs Melissa Brown and Ben Jenkins and Defendants, Rightscorp, Inc., a Nevada Corporation, f/k/a Stevia Agritech Corp. and Rightscorp, Inc., a Delaware Corporation, by and through the undersigned counsel, have agreed to the Stipulated Dismissal of all claims asserted in this action pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure. Plaintiffs dismiss *with prejudice* all claims asserted in this matter. Each party shall bear its own attorney's fees and costs.

Respectfully submitted this 29th day of February, 2016.

**LEMBERG LAW, LLC**

/s/ Sergei Lemberg, Esq.
Sergei Lemberg, Esq.
Attorney Bar No.: 598666
*Attorney for Plaintiffs*

43 Danbury Road
Third Floor
Wilton, CT 06897
Telephone: (203) 653-2250 ext. 5500
Facsimile: (888) 953-6237
Email: slemberg@lemberglaw.com

**CRAIN LAW GROUP, LLC**

/s/ Michael O. Crain, Esq.
Michael O. Crain, Esq.
*Attorney for Defendants*

297 Prince Avenue, Suite 24
Athens, GA 30601
Telephone:  (706) 548-0970
Facsimile:  (706) 369-8869
Email: mocrain@crainlawgroup.com

## CERTIFICATE OF SERVICE

      I hereby certify that on February 29, 2016, I electronically filed the foregoing STIPULATED DISMISSAL WITH PREJUDICE using the CM/ECF system, which will automatically send email notification of such filing to the following attorneys of record:

Michael O. Crain
CRAIN LAW GROUP, LLC
297 Prince Avenue, Suite 24
Athens, Georgia 30601
*Attorney for Defendant*

                                                /s/ Sergei Lemberg
                                                Sergei Lemberg